## Case No. 4,660.

### FARMERS' BANK v. ROBBINS.

[2 Cranch. C. C. 471.][1]

Circuit Court, District of Columbia. May Term, 1824.

Mr. Taylor, for the defendant,

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

## Case No. 4,661.

### FARMERS' BANK OF ALEXANDRIA v. LLOYD.

[2 Cranch, C. C. 411.][1]

Circuit Court, District of Columbia. May Term, 1823.

## Case No. 4,662.

### FARMERS' BANK OF VIRGINIA v. OWEN.

[5 Cranch, C. C. 504.][1]

Circuit Court, District of Columbia. Nov. Term, 1838.

Mr. Swann, contra,

THE COURT (nem. con.) was of opinion that the lien of the judgment was not destroyed; that the insolvent act only substituted the trustee for the marshal, as to the sale, and that, in the distribution of the proceeds of the sale of the real estate, he should have regard to the judgment, as a lien.

[1] [Reported by Hon. William Cranch, Chief Judge.]